UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TENNO ADOBO, *et al.,* }
    Plaintiffs, }     C.A. No. 04-10914-PBS
     }
v. }
     }
SKYCAP SERVICES OF AMERICA, *et al.* }
    Defendants. }

**PLAINTIFFS' MOTION TO ENLARGE TIME
FOR SERVICE OF THE SUMMONS AND COMPLAINT**

Now come the Plaintiffs, pursuant to Fed.R.Civ.P. 4(m), and respectfully request that this

Honorable Court grant them 120 days from today, the date of the filing of this Motion, to Friday,

May 6, 2005, for service of the Summons and Complaint in the above-captioned proceeding.  In

support of this Motion, the Plaintiffs state the following:

1.  Service of the Summons and Complaint in this case was assigned to a paralegal in this

office who neglected to serve the Defendants.

2.  This recently-discovered error, along with several others, led to the paralegal's

termination of employment and discharge from this law firm.

3.  The granting of this Motion will not prejudice any of the parties to this action as this

case has not been closed and dropped from the docket; and, it would be a miscarriage of justice

to not allow the Plaintiffs' claims to be litigated and decided on the merits.

4.  As of the date of the filing of this Motion, this case is still open.

                         Respectfully Submitted,
                         Plaintiffs Tenno Adobo, *et al.,*
                         By their attorneys,

                         //S//Stephen Hrones
                         Stephen Hrones (BBO No. 242860)
                         HRONES GARRITY & HEDGES
                         Lewis Wharf–Bay 232
                         Boston, MA 02110
                         T)617/227-4019

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Stephen Hrones, hereby certify that, on January 6, 2005, I prepared this Motion for filing in the United States District Court for the District of Massachusetts.  Since neither the Summons nor the Complaint has been served upon any of the defendants in this proceeding, there are no attorneys with whom to confer.  I further certify that I am filing this Motion in good faith.

//S//Stephen Hrones
Stephen Hrones

Dated: January 6, 2005