**CT** CORPORATION

February 16, 2005

Stephen Hrone
Hrone Garrity & Hedges LLP
Lewis wharf Bay 232
Boston, MA 02110

RE: Tenno Adobo vs. SkyCap Services of America, et al, including- Eric Schaefer
Case No. 04-10914PBS

Dear Attorney Hrone,

CT Corporation System does not receive process on the behalf of individuals. CT Corporation System merely acts as agents for corporations. Therefore, we are returning these documents to you for further handling.

Sincerely,

Yvette Concepcion
Process Specialist

CC: USDC –Massachusetts

cb

101 Federal Street
Boston, MA 02110
Tel. 617 757 6404
Fax 617 428 0928

A WoltersKluwer Company

HRONES, GARRITY & HEDGES LLP
COUNSELORS AT LAW
LEWIS WHARF - BAY 232
BOSTON, MASSACHUSETTS 02110-3927

STEPHEN HRONES
JESSICA D. HEDGES

MICHAEL L. TUMPOSKY

TELEPHONE (617) 227-4019
FACSIMILE (617) 227-3908
E-MAIL sbhlaw@comcast.net
E-MAIL hrones@masscriminallawyer.com
WEBSITE www.masscriminallawyer.com

PAUL J. GARRITY
(ALSO MEMBER OF NEW HAMPSHIRE BAR)

NEW HAMPSHIRE OFFICE:

14 LONDONDERRY ROAD
LONDONDERRY, NEW HAMPSHIRE 03053
TELEPHONE (603) 434-4106
FACSIMILE (603) 437-6714

February 7, 2005

Eric Schaefer, Sec'y/Treasr
Skycap Services of America
c/o CT Corporation System
101 Federal St
Boston, MA 02110

**Re: *Tenno Adobo, et al. v. Skycap Services of America, et al.*, USDC/DMass CA No. 04-10914PBS**

Dear Mr. Schaefer:

Enclosed for service upon you as a defendant in the above-mentioned proceeding are copies, respectively, of the CIVIL COVER SHEET, UNITED STATES DISTRICT COURT/DISTRICT OF MASSACHUSETTS cover sheet, COMPLAINT, NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, WAIVER OF SERVICE OF SUMMONS (2), and a stamped, self-addressed envelope.

Please do not hesitate to contact this office if questions or problems arise, or if you will require anything further at this time. Thank you for your attention to, and courtesies in this matter.

Very truly yours,

ADRYANN M STRAUSS
Assistant to Stephen Hrones

AMS/ams
Enclosures

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) CT Corporation System, 101 Federal Street, Boston, MA 02110

as (B) agent of (C) Erica Schaefer, Secretary/Treasurer, Skycap Services of America

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) ______ District of Massachusetts and has been assigned docket number (E) 04cv10914PBS .

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 8th day of February, 2005.

[signature]

Signature of Plaintiff's Attorney or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action
F — Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

#55236
RECEIPT # 5-7-04
AMOUNT $ CMG
SUMMONS ISSUED Y
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. CMG
DATE 5-7-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TENNO ADOBO, GUY BUSHFAN, PHILLIP SIMONE, ELIJAH JAMES, BEN MITCHELL, and TONY TURNER,
Plaintiffs

v.

SKYCAP SERVICES OF AMERICA, ERIC SCHAEFER, and RICH HARRINGTON,
Defendants

C.A. No. 04-10914 PBS

COMPLAINT

MAGISTRATE JUDGE Dein

This is a complaint for damages and other relief arising out of the employment of the Plaintiffs Tenno Adobo, Guy Bushfan, Phillip Simone, Elijah James, Ben Mitchell, and Tony Turner by Defendants Skycap Services Of America, Eric Schaefer, and Rich Harrington. Their claims include discrimination based on their race and color.

## JURISDICTION

1. This Court has jurisdiction over this matter based upon 28 U.S.C. §1331 to adjudicate claims arising from federal law, and upon 42 U.S.C. §2000e, *et. seq.*, to adjudicate civil rights claims.

## PARTIES

2. Tenno Adobo ("Plaintiff Adobo") is an individual residing in Everett, Middlesex County, Massachusetts.

3. Guy Bushfan ("Plaintiff Bushfan") is an individual residing in Roxbury, Suffolk County, Massachusetts.

4. Elijah James ("Plaintiff James") is an individual residing in Boston, Suffolk County, Massachusetts.


UNITED STATES POSTAGE
100
5242 $01.060 PB8545762
0755 MAILED FROM BOSTON MA
FEB 07 05
02110
HRONES, GARRITY & HEDGES LLP
COUNSELORS AT LAW
LEWIS WHARF - BAY 232
BOSTON, MASSACHUSETTS 02110-3927
TO: Eric Schaefer, Secy/Treasr
Skycap Services of America
c/o CT Corporation Systm
101 Federal St
Boston, MA 02110